IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLIE ANNE MCGINNIS,** *Plaintiff*, | : : : | **CIVIL ACTION** |
| v. | : : | |
| **COMMISSIONER OF SOCIAL SECURITY,** *Defendant.* | : : | **NO. 22-cv-5121** |

## ORDER

**AND NOW**, this **19th** day of **December 2024**, upon consideration of Plaintiff's Complaint against Commissioner of Social Security (ECF No. 1), Plaintiff's Brief and Statement of Issues in Support of her Request for Review in a Social Security Matter (ECF No. 8), Defendant's Response to Request for Review of Plaintiff (ECF No. 11), the Report and Recommendation filed by U.S. Magistrate Judge Elizabeth T. Hey (ECF No. 18), and Plaintiff's objections to the Report and Recommendation, the record reveals that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law. It is therefore **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Hey is **APPROVED** and **ADOPTED**;

2. **JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and the relief sought by Plaintiff is **DENIED**;

3. The Clerk of Court is hereby **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**